**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF NEW YORK

P.O. BOX 7365

100 SOUTH CLINTON STREET

SYRACUSE, NEW YORK 13261-7365

CHAMBERS OF
NEAL P. McCURN
SENIOR JUDGE

TEL: 315-234-8590

**Via e-filing and FAX**
Barry M. Schreibman, Esq.
Cazenovia Business Center
132 ½ Albany Street
Cazenovia, New York 13035

Alan Peterman, Esq.
Hiscock & Barclay, LLP
Financial Plaza
221 South Warren Street
Post Office Box 4878
Syracuse, New York 13221-4878

Edward R. Conan, Esq.
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, New York 13202-1355

```
U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR - 7 2005
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse
```

Re: <u>Andabaker v. Town of Manlius, et al.</u>, 04-CV-0892

Dear Counsel:

  The court is in receipt of Mr. Schreibman's April 5, 2005 letter. The court declines to consider the affidavit of Mr. Novek primarily because it contains factual matters which are beyond the scope of defendants' Rule 12(b)(6) motion. As an aside, the court observes that in its current form Mr. Novek's affidavit contains legal conclusions which the court could not consider in any event. <u>See</u> <u>Askamit v. 772 Park Avenue Corp.</u>, No. 00 CV 5520, 2003 WL 22283813, at *5 (S.D.N.Y. Oct. 2, 2003).

  As to Mr. Peterman's affidavit, the court also will disregard the same to the extent it contains facts which are beyond the scope of this Rule 12(b)(6) motion and/or legal conclusions.

Sincerely,

*Neal G McCurn*

Neal P. McCurn,
Senior U.S. District Court Judge